**Case: 1:11-cv-03557 Document #: 148 Filed: 10/25/12 Page 1 of 2 PageID #:1618**

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARQUITA SANDERS, DONNA SANDERS, LINDA TODD, and DRAMETTA TODD, individually and on behalf of a class, | 11 C 3557 |
| Plaintiffs, | Judge Der-Yeghiayan |
| v. | |
| W&W WHOLESALE INC., | |
| Defendant. | |

### ORDER

NOW BEFORE THE COURT is Plaintiffs Marquita Sanders, Donna Sanders and Linda Todd's (the "Class Representatives") Revised Motion for Notice by publication of the pendency of this certified class action. The Class Representatives' Revised Motion is GRANTED in part, and DENIED in part as to the requested in-store postings.

IT IS HEREBY ORDERED:

1. The Class representatives shall cause within twenty-eight (28) days from the entry of this Order, notice in the form of <u>Appendix 1</u> to the Class Representatives' Revised Motion to be published one time in the following publications: Lake County News Sun, Elgin Courier News, Aurora Beacon News, Joliet Herald News, Southtown Star, Bloomindale Press, North Riverside Suburban Life, and the Chicago Tribune.

2. Within 28 days of this Order, Defendant shall post at the top of its store's web home page, www.kidsclubstores.com, the following notice:

## **NOTICE OF PENDENCY OF CLASS ACTION**

TO: All persons who used either a credit card or debit card at any of Defendant's store locations in Illinois (Just 4 Kidz or Kids Club) from May 26, 2009, to May 26, 2011,

where Defendant provided the cardholder at the point of sales a printed receipt that displayed the cardholder's debit or credit card's expiration date. Please follow the link and read the notice carefully, it may affect your legal rights.

**<u>Please Click on this Link for the Full Legal Notice</u>**

3. Upon clicking the link, the reader will be redirected to an internal page on the Kids Club website that contains the text in <u>Appendix 2</u> attached to the Class Representatives' Revised Motion.

4. Notice in the form of <u>Appendix 2</u> to the Class Representatives' Revised Motion shall remain posted on Defendant's website for 45 days after the date of the initial posting.

5. Within 28 days of this Order, Class counsel shall post the text of <u>Appendix 2</u> on the website, <u>www.warnerlawllc.com/Class_Action_Notices.html</u>, along with the last Amended Complaint, Defendant's Answer and Defenses, and a copy of the Court's class certification opinion.

6. The notice along with the last Amended Complaint, Defendant's Answer and Defenses, and a copy of the Court's class certification opinion shall remain on Class counsel's website for 45 days after the date of the initial posting.

**ENTERED:**

10/25/12
Date

Hon. Samuel Der-Yeghiayan
**United States District Court Judge**